IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br><br>                    Plaintiff,<br><br>   v.<br><br>C. XOYOUDOM, et al.,<br><br>                    Defendants. | Case No. 1:17-cv-01632 AWI JDP<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST TO MODIFY SCHEDULING ORDER<br><br>ECF No. 33 |

Defendants have requested a modification of the Discovery and Scheduling Order to extend the deadline for motions for summary judgment (other than for failure to exhaust) to January 2, 2020, ninety (90) days after the settlement conference scheduled for October 2, 2019. ECF No. 33. Good cause appearing therein, it is ordered that:

1. Defendants' request for a modification of the Discovery and Scheduling Order is granted; and
2. The dispositive motion deadline for motions for summary judgment other than for failure to exhaust of September 23, 2019 is vacated; and
3. The parties may file any dispositive summary judgment motion (other than for failure to exhaust) no later than January 2, 2020.

IT IS SO ORDERED.

Dated: August 2, 2019

/s/ Jeremy Peterson
UNITED STATES MAGISTRATE JUDGE

No. 205