UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br><br>    Plaintiff,<br><br>  v.<br><br>C. XOYOUDOM, et al.,<br><br>    Defendants. | 1:17-cv-01632-AWI-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO HAVE SETTLEMENT CONFERENCE BY VIDEOCONFERENCE<br><br>(ECF No. 34) |

Plaintiff has requested that he be allowed to participate by videoconference in the settlement conference scheduled for October 2, 2019, at 10:00 a.m. (ECF No. 34.) Defendants have informed the Court that they do not object to Plaintiff appearing by videoconference, that videoconference is available where Plaintiff is currently incarcerated, at the R.J. Donovan Correctional Facility, and that the necessary reservation has been made for Plaintiff to appear via videoconference at the October 2, 2019, settlement conference. (ECF No. 36.) The Court will therefore grant Plaintiff's request.

IT IS ORDERED that Plaintiff may appear via videoconference for the settlement conference set for October 2, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 15, 2019**__                /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE