UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>C. XOYOUDOM,<br>　　　　　Defendants. | 1:17-cv-01632-AWI-JDP (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>LOUIS A. ALARCON, CDC# G-28364<br><br>DATE: October 2, 2019<br>TIME: 1:00 p.m. |

　　　LOUIS A. ALARCON, inmate, CDC #G-28364, a necessary and material witness in a settlement conference in this case on October 2, 2019, is confined at R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate by **videoconference** from his present place of confinement to appear before Magistrate Judge Erica P. Grosjean at the U.S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California on October 2, 2019, at 1:00 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by videoconference at the date and time above, until completion of the settlement conference or as ordered by the court and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of R.J. Donovan Correctional Facility**

　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean by videoconference at the date and time above, until completion of the settlement conference, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:    September 19, 2019

                                                        UNITED STATES MAGISTRATE JUDGE

No. 205