IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>C. XOYOUDOM, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-01632-AWI-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT CASE BE DISMISSED WITHOUT PREJUDICE<br><br>OBJECTIONS DUE IN FOURTEEN DAYS<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND VACATING ORDER TO PRODUCE PLAINTIFF FOR TESTIMONY<br><br>ECF Nos. 24, 29, and 42 |

**Findings and recommendations**

Plaintiff has filed a motion to dismiss his case. ECF No. 41. Because defendants have filed an answer, ECF No. 17, Federal Rule 41 requires a court order for a dismissal at plaintiff's request. I find dismissal proper and recommend that this case be dismissed without prejudice.

These findings and recommendations are submitted to the U.S. district judge presiding over the case under 28 U.S.C. § 636(b)(1)(B) and Local Rule 304. Within fourteen days of the service of the findings and recommendations, the parties may file written objections to the findings and recommendations with the court and serve a copy on all parties. That document must be

captioned "Objections to Magistrate Judge's Findings and Recommendations." The presiding district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

**Order**

The settlement conference currently scheduled for October 2 is vacated. ECF Nos. 24, 29. The order and writ for plaintiff to testify at the conference is also vacated. ECF No. 42.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205