UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. ALARCON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. XOYOUDOM, ET AL.,<br><br>　　　　　Defendants. | Case No.  1:17-cv-01632-AWI-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO WAIVE FILING FEE<br><br>(Doc. No. 48) |

　　　　On October 11, 2023, Plaintiff filed a motion in this closed case requesting the Court to stay or forgive the $350.00 filing fee assessed for this case.  (Doc. No. 48).  Plaintiff states he voluntarily dismissed this action yet correctional officials continue to withdraw monies deposited into his account and assign them to either his restitution balance or toward the filing fee for this case.   Plaintiff asks the Court to forgive any monies he still owes for filing fees.

　　　　 On January 23, 2018, the Court granted Plaintiff's motion to proceed *in forma pauperis*. (Doc. No. 2).  In its Order, the Court permitted Plaintiff to proceed without prepayment, but directed correctional officials to make monthly payments of 20% of the preceding month's income credited to Plaintiff's inmate trust account until the full $350.00 filing fee is paid as required by 28 U.S.C. § 1915(b)(2).  The docket reveals Plaintiff did move to voluntary dismiss

this action on September 26, 2019. (Doc. No. 44). However, at the time Plaintiff sought a dismissal, the court had completed a screening of the complaint, served defendants with the complaint, defendants had answered the complaint, the court had issued a scheduling and discovery order and the court has set the case for a settlement conference. (*See* Doc. Nos. 10, 12, 18, 19 and 25).

Title 28 U.S.C. § 1915(a)(1) permits a plaintiff to bring a civil action "without prepayment of fees or security thereof" if the plaintiff submits a financial affidavit that demonstrates the plaintiff's "is unable to pay such fees or give security therefor." Under the PLRA, despite being granted *in forma pauperis* status, all prisoners must pay the full amount of the fee. *Id.* 1915(b)(1). Specifically, 28 U.S.C. § 1915(b)(1) states a prisoner plaintiff proceeding IFP "shall be required to pay the full amount of the filing fee." Notably, Plaintiff cites no case law supporting his request and the undersigned is unaware of any binding precedent requiring this Court to waive the $350.00 statutory filing fee. A review of the Court's records reveals Plaintiff still owes $238.04 toward the $350.00 filing fee, with his last payment made on January 9, 2023.

Accordingly, it is **ORDERED**:

Plaintiff's motion to waive the $350.00 statutory filing fee (Doc. No. 48) is DENIED. Plaintiff remains obligated to make periodic payments of 20% of any deposits into his inmate trust fund account until the $350.00 filing fee is paid in full.

Dated: January 23, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2